# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

December 14, 2023

Honorable Lewis Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**REQUEST GRANTED.**
The Sentencing hearing previously set for January 18, 2024 is rescheduled to March 21, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

12/19/2023   SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**Re:**  **United States v. Evans Asamoah**
         **23 Cr 529 (LJL)**

Dear Judge Liman:

   I am the attorney for the defendant in the above captioned case. Presently this case is scheduled for a sentencing hearing on January 18, 2023. Due to a brief illness on my part, the pre-sentence interview was delayed considerably. Yesterday, that interview was completed. I believe the draft report will not be available for a few weeks. I apologize for this delay.

   By way of this letter I am requesting that the court adjourn Mr. Asamoah's sentence for any date after March 18, 2024. I will need this time to fully prepare for sentence.

   I have consulted with AUSA Jonathan Bodansky, and he does not object to this request. I have also consulted PO Jill Jeffries, who will be writing the report. She, too, consents to this request.

   This is the first request for an adjournment.

   If there are any questions, do not hesitate to contact me.

Respectfully submitted,

*Patrick Joyce*
Patrick J. Joyce