# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

April 24,2024

**REQUEST GRANTED.**

Honorable Lewis Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

4/24/2024     SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     **United States v. Evans Asamoah**
        **23 Cr 529 (LJL)**

Dear Judge Liman,

I am the attorney for the defendant in the above captioned case.  Presently this case is scheduled for a sentencing hearing on May 8, 2024.

I have contracted pneumonia and need an extra day to submit Mr. Asamoah's sentencing memo. Therefore, by way of this letter I am requesting a one-day extension on the sentencing memo due date. Additionally, I ask the Court to provide the Government with a one-day extension for their response.

I have consulted with AUSA Jonathan Bodansky, and he consents to this request. This is the first request to extend the sentencing memo due date.

If there are any questions, do not hesitate to contact me.

Respectfully submitted,

Patrick Joyce

Patrick J. Joyce