UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                    :         23-CR-529 (LJL)
:
EVANS ASAMOAH,                                         :         ORDER
:
Defendant.                                             :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On June 3, 2024, the Court sentenced defendant Evans Asamoah to a term of three years probation with the first 12 months to be spent in home detention. Mr. Asamoah will have served six months of home detention on December 24, 2024. The United States Probation Office has asked the Court to consider modifying Mr. Asamoah's term of probation by removing the remaining six months of home detention. The request is denied without prejudice to renewal after Mr. Asamoah has served nine months of home detention. The request is based on Mr. Asamoah's compliance with his conditions, his low risk of recidivism, his payment of restitution, and his maintenance of gainful employment. However, the Court imposed home detention as a substitute for imprisonment in a case where the Guidelines indicated imprisonment and the Government and Probation were both suggesting a term of imprisonment. The Court did so in order to serve the interests of deterrence and to ensure uniformity of sentences across defendants. Mr. Asamoah committed a serious crime and it is, and was important, that a message be sent to others that if they engage in similar conduct, they will face serious repercussions above and beyond the repayment of the ill-gotten gains. It would not be consistent with those objectives for the Court to reduce Mr. Asamoah's term of home detention to six months.

SO ORDERED.

Dated: December 20, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge