UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,              :

            -v-                            :           23-CR-529 (LJL)

EVANS ASAMOAH,                        :           <u>ORDER</u>

                  Defendant.             :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government is directed to respond by April 4, 2025, regarding its position on the requested relief at Dkt. No. 40.

      SO ORDERED.

Dated: March 28, 2025
       New York, New York

                                                        LEWIS J. LIMAN
                                                United States District Judge